IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| GUNSTON HALL REALTY, INC. | ) | Case No. 13-11553-RGM |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| BEST INDUSTRIES, INC. | ) | Case No. 13-11554-RGM |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

<u>TRUSTEE'S MOTION FOR ORDER DIRECTING JOINT ADMINISTRATION</u>

COMES NOW, Bruce W. Henry, Chapter 11 Trustee ("Trustee") for Gunston Hall Realty, Inc. ("Gunston Hall") and Best Industries, Inc. ("Best Industries") (with both Gunston Hall and Best Industries referred to collectively herein as the "Debtors"), by counsel, and hereby files this Motion for Order Directing Joint Administration (the "Motion"), and in support thereof state:

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue lies properly in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157.

Kevin M. O'Donnell, VSB #30086
Jeffery T. Martin, Jr., VSB #71860
Henry & O'Donnell, P.C.
300 N. Washington St., Suite 204
Alexandria, Virginia 22314
Telephone: 703-548-2100
Facsimile: 703-548-2105
Counsel for the Trustee

2. The relief sought with this Motion is based upon section 105(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 et. seq. (the "Bankruptcy Code") and rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

3. On April 5, 2013 (the "Petition Date"), the Debtors each filed with this Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

4. On May 23, 2013, this Court entered an order appointing Trustee as Chapter 11 Trustee for both Debtors.

5. No statutorily authorized creditors' committee has yet been appointed in these cases by the United States Trustee.

6. The Debtors are part of a group of companies organized under the "Best Medical" umbrella, with Best Medical International, Inc. ("BMI") serving prepetition as the main operating entity for the group. BMI and several of its affiliates produce and sell medical products and equipment. The Debtors are Best Medical's primary real estate investment and holding entities, each owning several pieces of developed and undeveloped properties in Maryland, Virginia and Tennessee.

7. Krishnan Suthanthiran is the President, sole shareholder, and Chairman of the Board of each of the Debtors, as well as BMI and all other entities in the Best Medical group.

8. The interests and objectives of the estates of both Gunston Hall and Best Industries are aligned. Between them, they separately own three buildings on Fullerton Rd. in Springfield, Virginia that are leased to BMI. The buildings are encumbered by a first-priority deed of trust in favor of Wells Fargo Bank securing an indebtedness of more than $4.5 million. These cases were filed on April 5, 2013 to stay foreclosure sales that Wells Fargo had scheduled against the buildings to occur on April 9, 2013. Wells Fargo has also confessed judgment against

both Debtors in an amount approximating $12 million on account of the deed of trust obligations and other liabilities.

9. By this Motion, the Trustee requests entry of an order directing the joint administration of these cases under section 105(a) of the Bankruptcy Code and Bankruptcy Rule 1015(b), which authorize entry of an order for the joint administration of the estates of a debtor and its affiliates. As discussed above, the same individual is the sole owner of both Debtors. Accordingly, the Debtors are "affiliates" as that term is defined in section 101(2) of the Bankruptcy Code and each of the Debtors' estates are eligible for joint administration.

10. The Trustee respectfully submits that joint administration of these cases would be practical, expedient, less costly and less time-consuming for the Trustee, the Debtors, the Court and all parties-in-interest. The Trustee envisions that most, if not all, of the motions, applications, hearings and orders in these cases will affect each of the Debtors. Consequently, joint administration would facilitate the economic administration of these cases.

11. For these reasons, the Trustee respectfully requests entry of an order providing for the joint administration of the Debtors' cases under Bankruptcy Rule 1015(b).

12. The Trustee believes that no party-in-interest would be prejudiced by the granting of the relief requested herein. No substantive rights of any party-in-interest will be affected, as these cases will be jointly administered for procedural purposes only.

WHEREFORE, the Trustee respectfully requests the entry of an order of this Court substantially in the form annexed hereto, directing the joint administration of these chapter 11 cases and granting such other and further relief as this Court deems just and proper.

        BRUCE W. HENRY,
        CHAPTER 11 TRUSTEE
        By counsel

/s/ Jeffery T. Martin, Jr.
Kevin M. O'Donnell, VSB #30086
Jeffery T. Martin, Jr., VSB #71860
Henry & O'Donnell, P.C.
300 N. Washington St., Suite 204
Alexandria, Virginia 22314
Telephone: 703-548-2100
Counsel for the Trustee

## CERTIFICATE OF SERVICE

    I hereby certify that on this 10th day of June, 2013, a true copy of the foregoing pleading was sent by CM/ECF to all parties requesting notice (including the United States Trustee) and by first class mail, postage prepaid, to all secured creditors and the 20 largest creditors per attached matrix.

        /s/ Jeffery T. Martin, Jr.
        Jeffery T. Martin, Jr.