**HENRY & O'DONNELL, P.C.**
300 N. Washington Street
Suite 204
Alexandria, VA  22314
Employer ID No. 54-1591941

703-548-2100

---

September 03, 2013

Gunston Hall Realty, Inc./Best Industries, Inc.
c/o Bruce W. Henry, Chapter 11
Trustee
300 N. Washington Street, Suite 204
Alexandria, VA 22314

*Invoice #*  19197

**PAYMENT DUE UPON RECEIPT OF INVOICE**

---

Professional Services

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 6/10/2013 | JTM | Review documents provided by Debtors relating to assets. | 3.80 | 1,330.00 |
| 6/11/2013 | KMO | Review of Fullerton Road lease and amendments. Review for material terms and default provisions. Compile CPI annual increases from 2004 to calculate rental increases. Notes to file on sets for effecting Notice of Default. | 1.30 | 552.50 |
| 6/12/2013 | KMO | Prepare CPI rent adjustment tables for Fullerton Road properties. Calculate current rent for default notice. | 0.80 | 340.00 |
| 6/13/2013 | JTM | Work on ten day pay or quit letter for Fullerton Road properties. | 0.90 | 315.00 |
|  | KMO | Proof and revise 10 day default letter regarding 7639 Fullerton Road lease. Prepare 10 day default letter for lease of 7643 Fullerton Road. Print and serve notices on tenants. | 1.30 | 552.50 |
| 6/14/2013 | JTM | Review documents provided by Debtors and 341 meeting transcript. | 3.20 | 1,120.00 |
| 6/20/2013 | KMO | Receive and review Wells Fargo memo with copy of appraisal for property in New Kent County. | 0.40 | 170.00 |
| 6/27/2013 | JTM | Draft cash collateral order. Continue review of EDVA case. Telephone call with G. Booth regarding Motion for Relief from Automatic Stay. | 2.10 | 735.00 |
| 7/15/2013 | KMO | Review Best Medical leases for default provisions. Draft Notices of Rent Default and send via courier and hand delivery. Copy S. Weingast via email. | 1.00 | 425.00 |

---

BWH - Bruce W. Henry   KMO - Kevin M. O'Donnell   DHH - Donna H. Henry   JTM - Jeffery T. Martin, Jr.

Gunston Hall Realty, Inc./Best Industries, Inc. Page 2

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 7/15/2013 | KMO | Review Nashville leases for default provisions. Draft Notice of Rent Default and send by registered mail. Copy S. Weingast via email. | 0.60 | 255.00 |
| | | SUBTOTAL: | [ 15.40 | 5,795.00] |
| | | 10 | | |
| 6/17/2013 | JTM | Review schedules. Emails regarding leases. Review EDVA suits against Wells Fargo. | 2.50 | 875.00 |
| 6/19/2013 | KMO | Read and respond to emails regarding Best Medical US District Court lawsuit. Review miscellaneous emails. | 0.30 | 127.50 |
| | JTM | Draft letter to J. Brady regarding EDVA suit. Emails regarding same. Continue review of EDVA suit. Telephone call with J. Brady regarding lawsuit. Draft Motion to Substitute and proposed Order. Emails regarding same. | 5.00 | 1,750.00 |
| 6/20/2013 | JTM | Telephone calls with EDVA case. Continue review of numerous pleadings. | 3.40 | 1,190.00 |
| 6/21/2013 | JTM | Telephone call with Mr. O'Donnell regarding EDVA suit and Controls, Inc. suit. | 0.70 | 245.00 |
| | | SUBTOTAL: | [ 11.90 | 4,187.50] |
| | | 2 | | |
| 6/6/2013 | KMO | Attend meeting with Mr. Henry and Mr. Martin to review legal issues pending in case and to develop assignments. | 0.90 | 382.50 |
| | JTM | Attend meeting with Mr. Henry and Mr. O'Donnell regarding case administration. Prepare schedule of work. Research Fairfax County judgment records. | 2.40 | 840.00 |
| 6/7/2013 | KMO | Attend meeting with Mr. Martin to allocate legal work pending in case. Review and respond to emails. Initial review of bankruptcy schedules to identify and familiarize with real estate and holding company assets. Telephone call with D. Bowman regarding engagement letter. Review and revise for Application to Employ. | 1.80 | 765.00 |
| | JTM | Attend meeting with Mr. O'Donnell regarding case administration. Legal ethics research regarding communications with represented parties. | 5.00 | 1,750.00 |
| 6/9/2013 | JTM | Draft Motion for Joint Administration. Review bankruptcy schedules and pleadings. Related research. | 1.60 | 560.00 |
| 6/10/2013 | JTM | Finalize and file Motion for Joint Administration. | 1.10 | 385.00 |

Gunston Hall Realty, Inc./Best Industries, Inc.           Page    3

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 6/20/2013 | KMO | Receive and review Motion for Joint Administration file in Controls, Inc. Chapter 11. Pull and review Controls, Inc. Chapter 11 petition and pleadings filed to date. Research on bad faith filings and basis for dismissal. Telephone call with D. Foley regarding Wells Fargo position. Draft memo to Trustee regarding Controls filing and pending motion. | 2.50 | 1,062.50 |
| 7/11/2013 | KMO | Review emails from Mr. Henry. Telephone call regarding checks to Best Medical. Draft memo to S. Weingast regarding Best Medical rent delinquency. | 0.40 | 170.00 |
| 7/15/2013 | DHH | conference with Mr. Henry; review lease documents and compliance with VRLTA | 2.00 | 750.00 |
| 7/16/2013 | DHH | complete lease review and make notes; review all LLC documents and make chart; SDAT research; draft form resolution relating to Bankruptcy Trustee; emails to Mr. Henry | 4.30 | 1,612.50 |
| 7/18/2013 | JTM | Review May Monthly Operating Reports. | 0.30 | 105.00 |
| 7/23/2013 | DHH | conference with Mr. Henry; review SofA, partnership and LLC documents regarding One Best Drive property; review PA government records; review PA partnership law; email to Mr. Henry regarding results of review and research | 1.70 | 637.50 |
| | | SUBTOTAL: | [ 24.00 | 9,020.00] |

3 _____

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 7/16/2013 | KMO | Review management agreements and evaluate for possible rejection. Meet with S. Ramsdell. Begin draft of Motion to Reject Management Agreement. | 1.90 | 807.50 |
| 7/17/2013 | KMO | Complete draft of Motion to Reject Management Agreement. Draft Notice of Motion and Hearing. File at US Bankruptcy Court and set for August 20th hearing date. Serve on 20 largest and contract parties. | 1.50 | 637.50 |
| | | SUBTOTAL: | [ 3.40 | 1,445.00] |

4 _____

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 6/7/2013 | JTM | Prepare applications to employ Marcher Consultant's, Black Dog Receiver, and Henry & O'Donnell. Conference call regarding case status. | 1.30 | 455.00 |
| 6/9/2013 | JTM | Prepare Henry & O'Donnell Application to Employ. | 3.30 | 1,155.00 |
| 6/10/2013 | JTM | Finalize and file applications to employ. Arrange service. | 2.10 | 735.00 |
| 6/24/2013 | JTM | Telephone call with J. Guzinski. Emails regarding employment orders. | 0.90 | 315.00 |

Gunston Hall Realty, Inc./Best Industries, Inc.                                                                 Page    4

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 7/11/2013 | JTM | Prepare Application to Employ Special Counsel and related documents. Emails regarding same. | 1.30 | 455.00 |
| 7/15/2013 | JTM | Revise and file Application to Employ Duncan Blair as Special Counsel. | 0.80 | 280.00 |
|  | SUBTOTAL: |  | [   9.70 | 3,395.00] |

7_____

| 5/22/2013 | KMO | Attend meeting with Mr. Henry to review case and Cash Collateral Motion. Review case dockets for Wells Fargo garnishments on LLC interests. Research Maryland law on execution relating to LLC membership interest. Prepare for cash collateral hearing. | 1.50 | 637.50 |
|---|---|---|---:|---:|
| 5/23/2013 | KMO | Print and review information on Maryland Fee In-Lieu program and termination by Army Corps of Engineers. Prepare for and attend hearing at US Bankruptcy Court on cash collateral. Meet with Wells Fargo counsel to discuss and negotiate use of funds. | 2.50 | 1,062.50 |
|  | KMO | Draft letter to D. Foley regarding Maryland development expenses and cash collateral issues. Meet with Mr. Henry to discuss engagement issues and possible joint administration. | 1.20 | 510.00 |
| 6/11/2013 | JTM | Review Cash Collateral Motion. Attend hearing on Cash Collateral Motion. Meet with Mr. Henry regarding same. Review 341 meeting transcript. | 4.80 | 1,680.00 |
| 7/3/2013 | JTM | Emails regarding cash collateral order. Review Order Denying Motion to Reconsider. | 0.90 | 315.00 |
|  | SUBTOTAL: |  | [ 10.90 | 4,205.00] |

8_____

| 6/7/2013 | KMO | Legal research on Application of 362 automatic stay to matters on appeal. Initial review of litigation scheduled by Debtors. Email memo to S. Ramsdell regarding suggestions in bankruptcy. | 1.10 | 467.50 |
|---|---|---|---:|---:|
| 6/25/2013 | JTM | Emails regarding employment orders and joint administration order. Emails regarding Bethesda lease. Review lease and related correspondence. Telephone call with J. Brady regarding Rugby Ave lease. | 4.50 | 1,575.00 |
| 6/26/2013 | JTM | Review Wells Fargo - Controls, Inc. Motion for Relief from Automatic Stay. Review correspondence regarding Rugby Ave lease. Telephone call with G. Booth regarding Motion for Relief from Automatic Stay. | 2.80 | 980.00 |
| 7/1/2013 | JTM | Telephone call with G. Booth regarding Motion for Relief from Automatic Stay. | 0.20 | 70.00 |

Gunston Hall Realty, Inc./Best Industries, Inc.                                                                                                                Page      5

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 7/9/2013 | JTM | Telephone call with G. Booth. Draft Consent Order regarding Motion for Relief from Automatic Stay. | 1.90 | 665.00 |
| 7/11/2013 | JTM | Telephone call with G. Booth regarding Motion for Relief from the Automatic Stay. | 0.50 | 175.00 |
| 7/16/2013 | JTM | Emails regarding Motion for Relief from Automatic Stay. | 0.40 | 140.00 |
| 7/17/2013 | JTM | Attend hearing on Motion for Relief from Automatic Stay. Draft Notice of Settlement. Arrange for filing and service. Emails regarding same. | 2.70 | 945.00 |
| 7/31/2013 | JTM | Attend hearing on Motion for Relief from Automatic Stay - Bethesda Lease. | 1.20 | 420.00 |
|  | SUBTOTAL: |  | [ 15.30 | 5,437.50] |

9_____

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 6/7/2013 | KMO | Conference call with Trustee, Doug Foley and Wells Fargo Officers. | 1.00 | 425.00 |
| 6/10/2013 | JTM | Research ability to collect attorney's fees post-judgment. | 0.60 | 210.00 |
| 6/24/2013 | KMO | Conference call with Wells Fargo Bank and counsel. | 0.50 | 212.50 |
|  | JTM | Emails with D. Foley regarding EDVA suit. Review suit. Conference call with Wells Fargo. | 1.00 | 350.00 |
| 7/31/2013 | KMO | Attend meeting with Trustee, Wells Fargo Bank, D. Foley and D. Bowman regarding case status and developments. Discuss status and planning regarding land projects and prospects of Chapter 11 plan preparation. | 2.40 | 1,020.00 |
|  | SUBTOTAL: |  | [ 5.50 | 2,217.50] |
|  | **For professional services rendered** |  | **96.10** | **$35,702.50** |

Additional Charges :

| 5/29/2013 | Federal Express charge. | 19.45 |
|---|---|---:|
| 6/7/2013 | Charge for mailing. | 0.46 |
| 6/10/2013 | Charge for mailing. | 78.44 |
|  | Duplication charge. | 216.45 |
| 6/12/2013 | Operating account deposit stamp. | 26.10 |

Gunston Hall Realty, Inc./Best Industries, Inc.                                                                 Page    6

|  | **Amount** |
|---|---:|
| 6/13/2013 Charge for mailing. | 21.72 |
| Charge for mailing. | 6.70 |
| 6/15/2013 Charge for mailing. | 0.92 |
| Duplication charge. | 2.70 |
| 7/1/2013 Charge for mailing. | 2.76 |
| 7/8/2013 Federal Express charge. | 15.96 |
| 7/11/2013 Charge for mailing. | 5.06 |
| 7/15/2013 Charge for mailing. | 28.42 |
| Charge for mailing. | 0.92 |
| Charge for mailing. | 24.42 |
| Duplication charge. | 3.60 |
| Duplication charge. | 49.95 |
| Courier service charge. | 26.94 |
| Courier service charge. | 26.94 |
| 7/16/2013 Charge for mailing. | 14.21 |
| Charge for mailing. | 0.46 |
| Duplication charge. | 1.35 |
| 7/17/2013 Charge for mailing. | 42.32 |
| Charge for mailing. | 25.74 |
| Duplication charge. | 82.80 |
| Duplication charge. | 58.50 |
| 7/31/2013 Charge for mailing. | 2.12 |
| **Total costs** | **$785.41** |
| **Total amount of this bill** | **$36,487.91** |

Gunston Hall Realty, Inc./Best Industries, Inc.  Page    7

**Amount**

**Balance due** $36,487.91

Gunston Hall Realty, Inc./Best Industries, Inc. Page 8

**PLEASE REMOVE THIS PAGE AND
ENCLOSE IT WITH YOUR PAYMENT**

---

GUNSTON HALL

9/3/2013

19197

---

**Balance due: $**      $36,487.91

**Amount enclosed: $**   _____

**MAILING ADDRESS:**

HENRY& O'DONNELL, PC
300 N. Washington Street
Suite 204
Alexandria, Virginia 22314

**THANK YOU.**